## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>       *Plaintiff*,<br><br>   v.<br><br>LAWRENCE SMITH,<br><br>       *Defendant*. | Criminal Action No. 24-456-6 (TJK) |

## <u>ORDER</u>

For the reasons provided on the record at the revocation hearing held today, June 23, 2025, and based on consideration of the Pretrial Violation Reports filed by Pretrial Services, *see* ECF Nos. 38, 53, 54, 58, 60, 61, 62, 63, 64, 66, 69, 71, 73, 75, 76, 77, 83, 84, 88, 93, 97 and 100, the evidence and the record in this case, the arguments of the parties, and the standards set forth in 18 U.S.C. § 3148, the Court finds: (1) by clear and convincing evidence, that the Defendant violated the conditions of his release, in particular, by (a) testing positive for a controlled substance on, among other dates, March 14, April 1, April 3, April 10, April 16, April 22, May 14, May 21, May 28, May 30, June 4 and June 20, 2025; (b) failing to report for drug testing on, among other dates, March 4, March 6, March 11, March 18, March 25, March 27, May 16, and June 11; and (c) by failing to either continue in-patient treatment or submit weekly sign-in sheets related to Narcotics Anonymous meetings as instructed on May 2, 2025; and (2) by a preponderance of the evidence, that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. §§ 3148(b)(1)(B), (b)(2)(B).

Thus, it is hereby **ORDERED** that the Government's Oral Motion to Revoke is **GRANTED**, and Defendant shall be remanded to the custody of the Attorney General or the Attorney General's designated representative pending trial.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 23, 2025